IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CASSANDRA JOHNSON, et al. § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:24-cv-00682-O |
| § | |
| TARRANT COUNTY, et al. § | |
| § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered.

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. Plaintiffs' §1983 and Texas Torts Claims Act claims against Tarrant is **DISMISSED with prejudice**.

2. Plaintiffs' Texas Health and Safety Code claim against Tarrant County is **DISMISSED without prejudice**.

3. All of Plaintiffs' claims against Keefe Commissary Network LLC's and Keefe Group LLC are **DISMISSED with prejudice**.

4. The clerk shall transmit a true copy of this Final Judgment to the parties.

**SO ORDERED** on this **11th** day of **July, 2025.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE